UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ANGELO GONZALES | * | CIVIL ACTION |
| VERSUS | * | NO. |
| RIVER VENTURES, LLC | * | SECT. " "; MAG.- |

**COMPLAINT**

The Complaint of Angelo Gonzales, a person of the full age of majority and resident of the Parish of St. Bernard, State of Louisiana, with respect represents:

I.

The jurisdiction of this court is invoked under 28 U.S.C. § 1333(1), commonly known as the General Maritime Law, and 33 U.S.C. 905(b) of the Longshore and Harbor Workers' Compensation Act.

II.

Made defendant herein is River Ventures, LLC, a domestic limited liability corporation domiciled in the State of Louisiana, doing business in the Eastern District of Louisiana and capable of being sued in the Eastern District of Louisiana.

III.

Defendant is justly and truly indebted unto complainant, jointly and *in solido* in a full and true sum, which will sufficiently compensate him for his injuries, both together with legal

interest thereon from the date of injury, and all costs of these proceedings, and for the following to wit:

IV.

On or about June 16, 2014, complainant was working for United Bulk Terminal (UBT) performing work on the Mississippi River, and was considered a Longshoreman as defined under 33 U.S.C. 901, et seq.

V.

On that same date River Ventures, LLC was a transport service, which provided transportation to workers like complainant to and from their workplace on the river.

VI.

At all material times the M/V Trooper was a vessel in navigation, was owned and operated by defendant, River Ventures, LLC, and was providing transportation for complainant to return to shore on June 16, 2014.

VII.

When the M/V Trooper approached the dock at Davant, Louisiana, and was delivering workers to shore, the captain overpowered the vessel and/or failed to maintain control of the vessel and collided with the dock at a high rate of speed causing complainant to be thrown to the dock.

VIII.

As a result of vessel collision with the dock and his being thrown to the dock, Angelo Gonzales suffered injury to his body and mind causing the damages listed below and which are made the basis of this suit.

IX.

The accident complained of was a result of negligence attributable to the defendants, River Ventures, LLC its agents, servants, employees, and vessel as is contemplated under 33 U.S.C. 905(b).

X.

As a result of the negligence of the defendants, River Ventures, LLC, complainant has sustained severe and permanent personal injury to his body and mind, causing great pain and suffering, which prevents him from pursuing his usual occupation, all to his damage in the amount of TWO MILLION AND NO/100 ($2,000,000.00) DOLLARS, in actual damages.

XI.

Complainant, Angelo Gonzales, is entitled to recover from defendant, actual damages, in the amount stated above for past and future lost wages; past and future medical expenses; past and future lost fringe benefits; past and future pain and suffering; past and future mental anguish; disability; loss of physical function; loss of ability to enjoy life; loss of ability to pursue happiness; inconvenience; embarrassment, and any other damages recoverable under law.

WHEREFORE, complainant, Angelo Gonzales, prays that defendant be duly cited to appear and answer the complaint, and after due proceedings had, there be judgment rendered in favor of Complainant, Angelo Gonzales, against defendants, River Ventures, LLC, in the amount of TWO MILLION AND NO/100 ($2,000,000.00), in damages, together with legal interest thereon, from date of injury, and for all costs of these proceedings.

RESPECTFULLY SUBMITTED,

**SHEARMAN~DENENEA, L.L.C.**

_______________________________

**JOHN H. DENENEA, JR. (#18861)**
4240 Canal Street
New Orleans, LA 70119
Telephone: (504) 304-4582
Fax (504) 304-4587
jdenenea@midcitylaw.com
*Attorneys for Complainant Angelo Gonzales*

**PLEASE SERVE THE COMPLAINT ON:**

**RIVER VENTURES, LLC**
**Through its agent for service of process:**
**Marc C. Hebert**
**201 St. Charles Avenue, 50th Floor**
**New Orleans, Louisiana 70170**