UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ANGELO GONZALES | * | CIVIL ACTION NO. 2015-02145 |
| VERSUS | * | SECT. "G" |
| RIVER VENTURES, LLC | * | JUDGE JOLIVETTE-BROWN |
| | * | MAG. SALLY SHUSHAN |

## PLAINTIFF'S WITNESS LIST

NOW INTO COURT comes plaintiff, Angelo Gonzales, who submits the following witness list pursuant to this Court's pre-trial order:

**Witnesses:**

1. Angelo Gonzales;
2. Deborah Gonzales;
3. Dr. Charles Haddad;
4. Representatives of Bridges Physical Therapy & Wellness, LLC;
5. Representatives of United Bulk Terminals;
6. A representative of River Ventures, LLC;
7. Steve Rovira;
8. Murphy Serignet;
9. Todd Ferniz;
10. Noble Ruffin;

1

11. Dr. G. Randolph Rice;

12. Any witness listed in any discovery responses;

13. Any witness listed or called by any other party.

          RESPECTFULLY SUBMITTED,

          **SHEARMAN~DENENEA, L.L.C.**

          **/s/ John H. Denenea, Jr.**

          **JOHN H. DENENEA, JR. (#18861)**
          4240 Canal Street, First Floor
          New Orleans, LA   70119
          Telephone: (504) 304-4583
          Fax: (504) 304-4587
          Email: jdenenea@midcitylaw.com
          *Attorneys for Complainant, Angelo Gonzales*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of February, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to those participants in the CM/ECF filing system.

I further certify that there are no non-CMECF participants in this matter.

          **/s/ John H. Denenea, Jr.**
          **JOHN H. DENENEA, JR.**